(92 South. 910)

### KIBBLE v. STATE. (8 Div. 885.)

(Court of Appeals of Alabama. April 18, 1922.)

**Indictment and information ⟜32(2)—Indictment concluding, "against peace and dignity," etc., good as to all counts.**

Where a forgery indictment, following Code 1907, § 7161, form 62, was in two counts, and concluded as "against the peace and dignity," etc., it was good as against demurrer that the first count failed to charge an offense, in that it did not so conclude.

Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

Horace Kibble was convicted of forgery, and he appeals. Affirmed.

The indictment in the first count follows the Code form, and charges that the defendant, with intent to injure or defraud, did falsely make, alter, or forge an instrument in writing viz. "a check in words and figures substantially as follows: [Here follows the check.]" The first count does not conclude "against the peace and dignity of the state of Alabama," but the indictment so concludes, following the second count of the indictment, to which demurrer was sustained. The demurrers raised the proposition that the first count fails to so conclude, that it charges no offense, and that it does not conform to the form prescribed.

C. L. Watts, of Huntsville, for appellant.

Brief of counsel did not reach the Reporter.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

MERRITT, J. The defendant was convicted of forgery in the second degree, and sentenced to the penitentiary for an indeterminate term of years.

The demurrers to the indictment were properly overruled. The indictment follows form 62 set out in the Code of 1907, § 7161, and is sufficient.

There is no bill of exceptions, and the time for filing one has expired. We find no error in the record, and the judgment appealed from is affirmed.

Affirmed.